Certificate Number: 05781-NYE-DE-036581810

Bankruptcy Case Number: 22-41101



05781-NYE-DE-036581810

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 31, 2022, at 6:56 o'clock AM PDT, Dasar Alibegu completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: May 31, 2022

By: /s/Allison M Geving

Name: Allison M Geving

Title: President